IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MATTHEW JONES**                                                                  **PLAINTIFF**

**v.**                          **Case No. 4:23-cv-1144-JM**

**ARKANSAS HIGHWAY POLICE**                                **DEFENDANT**

## JUDGMENT

Pursuant to the Order issued today, this case is dismissed without prejudice.

IT IS SO ADJUDGED this 6th day of December, 2023.

                                                       _____
                                                       UNITED STATES DISTRICT JUDGE